# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| INNERWORKINGS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: |
| ) | |
| SARA HORN and ) | |
| SMART SOURCE, LLC, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Plaintiff InnerWorkings, Inc. ("InnerWorkings") makes the following disclosure:

1. InnerWorkings is a non-governmental corporate party in this action. It is wholly owned by HH Associates US, Inc.

2. HH Associates US, Inc. is not a publicly held company.

3. Additionally, the following persons, attorneys, associations of persons, firms, law firms, partnerships, and corporations have or may have an interest in the outcome of this action:

    A. Epstein Becker & Green, P.C. ("EBG") (counsel for Plaintiff);

    B. Peter A. Steinmeyer (Member, EBG);

    C. Brian E. Spang (Member, EBG);

    D. Robert R. Hearn (Member, EBG);

Firm:52865116v1

  E.  Greenberg Trauig LLP (counsel for Defendant Sara Horn)

  F.  Daniel G. Hildebrand (Partner, Greenberg Trauig)

  G.  Levenson & Associates (counsel for Defendant Smart Source, LLC)

  H. Louis Levenson (Partner, Levenson & Associates)

4. I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting any district judge or magistrate judge of the Tampa Division of the this Court, and I will immediately notify the judge assigned to this case in writing within fourteen days after I know of a conflict.

Dated: April 15, 2021

              Respectfully submitted,

              PLAINTIFF INNERWORKINGS, INC.

              /s/ Robert Hearn
              Robert Hearn (No. 0067687)
              EPSTEIN BECKER & GREEN, P.C.
              1 Beach Drive SE
              Suite 303
              St. Petersburg, FL 33701
              (727) 346-3767
              rhearn@ebglaw.com