# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| INNERWORKINGS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SARA HORN and SMART SOURCE, LLC, <br><br> *Defendants*. | Case No. 8:21-cv-00903 |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant, SMART SOURCE, LLC, by and through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Local Rule 3.03, and other applicable law, and hereby files this certificate of interested persons and corporate disclosure statement, stating as follows:

1. The name of each parent corporation and any publicly held corporation owning 10% or more of the stock of Defendant, Smart Source, LLC:

None.

2. The name of each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome of these proceedings:

a. Innerworkings, Inc. (plaintiff)

    b.    HH Associates US, Inc. (parent company of Innerworkings, Inc.)
    c.    Epstein Becker & Green, P.C. (plaintiff's counsel)
    d.    Peter A. Steinmeyer (plaintiff's counsel)
    e.    Brian E. Spang (plaintiff's counsel)
    f.    Robert R. Hearn (plaintiff's counsel)
    g.    A. Millie Warner (plaintiff's counsel)
    h.    Sara Horn (defendant)
    i.    Greenberg Traurig, LLP (counsel for Sara Horn)
    j.    Daniel Hildebrand (counsel for Sara Horn)
    k.    Laura Luisi (counsel for Sara Horn)
    l.    Smart Source, LLC (defendant)
    m.    Levenson & Associates (counsel for Smart Source, LLC)
    n.    Louis Levenson (counsel for Smart Source, LLC)
    o.    Richard Schaaf (counsel for Smart Source, LLC)
    p.    Dale R. Sisco, P.A. d/b/a SISCO-LAW (counsel for Smart Source, LLC)
    q.    Dale R. Sisco (counsel for Smart Source, LLC)
    r.    Dominic A. Isgro (counsel for Smart Source, LLC)

    3.    The name of each entity with publicly traded shares or debt potentially affected by the outcome of these proceedings:

    None are known at this time.

    4.    The name of each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

    None are known at this time.

LOCAL RULE 3.03(b) CERTIFICATION

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated:	July 21, 2021

Respectfully submitted,

/s/ *Dale R. Sisco*
Dale R. Sisco
dsisco@sisco-law.com
Florida Bar No. 559679
Dominic A. Isgro
disgro@sisco-law.com
Florida Bar No. 113318
SISCO-LAW
1110 N. Florida Avenue
Tampa, FL  33602
(813) 224-0555 – Telephone
(813) 221-9736 – Facsimile

-and-

Louis Levenson
Levenson & Associates
GA Bar No. 447938
(*Pro Hac Vice Pending*)
125 Broad Street SW
Atlanta, GA 30303
louis@levensonlaw.com
*Attorneys for Defendant Smart Source, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all parties indicated on the electronic filing receipt.

/s/ Dale R. Sisco<br>Attorney