UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INNERWORKINGS, INC.,

    Plaintiff,

v.                                             CASE NO. 8:21-cv-903-SDM-AEP

SARA HORN, et. al.,

    Defendants.
_____/

## ORDER

    The final pre-trial conference scheduled for August 29, 2023, is **CONTINUED** pending resolution of the motion for summary judgment. A separate order will re-schedule the final pre-trial conference.

    ORDERED in Tampa, Florida, on August 25, 2023.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE