# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| INNERWORKINGS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 21-CV-00903 |
| | ) |
| SARA HORN and | ) |
| SMART SOURCE, LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF COMPLIANCE PURSUANT TO ENDORSED ORDER

PLEASE TAKE NOTICE that the undersigned has satisfied all requirements set forth in the Court's Endorsed Order dated August 25, 2023, ECF No. 240 in the instant case.

Dated: September 12, 2023     Respectfully submitted,

PLAINTIFF INNERWORKINGS, INC.

*/s/ Carolyn O. Boucek*
Carolyn O. Boucek, admitted *Pro Hac Vice*
EPSTEIN BECKER & GREEN, P.C.
227 W. Monroe St., Suite 3250
Chicago, IL  60654
T: 312-499-1486
F: 312-845-1998
cboucek@ebglaw.com

*Attorneys for Plaintiff Innerworkings, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 12, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system that served electronically on all counsel of record.

        */s/ Carolyn O. Boucek*
        Carolyn O. Boucek, admitted *Pro Hac Vice*

FIRM:59692239v1