# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| INNERWORKINGS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SARA HORN and SMART )<br>SOURCE, LLC, )<br>)<br>Defendants. ) | Case No. 21-CV-00903 |

## NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), formal notice is hereby given that the undersigned attorney, Peter Steinmeyer, Esq., will serve as Lead Counsel for Plaintiff InnerWorkings in the above-styled action. Mr. Steinmeyer's contact information is:

> Peter A. Steinmeyer, Esq. *(pro hac vice)*
> EPSTEIN BECKER & GREEN, P.C.
> 227 W. Monroe Street, Suite 3250
> Chicago, Illinois 60606
> Phone: 312.499.1400
> psteinmeyer@ebglaw.com

Dated: October 10, 2023            PLAINTIFF INNERWORKINGS, INC.

/s/ Peter A. Steinmeyer
Peter A. Steinmeyer, Esq. *(pro hac vice)*
A. Millie Warner, Esq. *(pro hac vice)*
Carolyn O. Boucek *(pro hac vice)*
EPSTEIN BECKER & GREEN, P.C.
227 W. Monroe Street, Suite 3250
Chicago, Illinois 60606

Phone: 312.499.1400
psteinmeyer@ebglaw.com
mwarner@ebglaw.com
cboucek@ebglaw.com

Robert Hearn (No. 0067687)
EPSTEIN BECKER & GREEN, P.C.
1 Beach Drive SE, Suite 303
St. Petersburg, FL 33701
Phone: 727.346.3767
rhearn@ebglaw.com

Erik W. Weibust, Esq. *(pro hac vice)*
EPSTEIN BECKER &GREEN, P.C.
125 High Street, Suite 2114
Boston, Massachusetts 02110
Phone: 617.603.1090
eweibust@ebglaw.com

*Counsel for Plaintiff InnerWorkings, Inc.*