UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| INNERWORKINGS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-CV-00903 |
| ) | |
| SARA HORN and SMART ) | |
| SOURCE, LLC, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO REMOVE CASE FROM TRIAL DOCKET PENDING DISPOSITION OF PENDING MOTIONS FOR SUMMARY JUDGMENT AND FOR A CONFERENCE TO DISCUSS A TRIAL DATE CERTAIN

Plaintiff InnerWorkings, Inc. and Defendants Smart Source, LLC and Sara Horn (collectively, the "Parties") hereby jointly request that the Court remove this case from the trial docket (to the extent it remains on it) pending disposition of pending Motions for Summary Judgment, and for a conference thereafter to discuss a trial date certain.

This case was placed on the Court's October trial docket as a two- to three-week jury trial, with a final pre-trial conference scheduled for August 29, 2023, at 11:00 a.m. ECF No. 138. On August 25, 2023, the Court issued an order continuing the final pre-trial conference "pending resolution of the motion for summary judgment," and stating that "[a] separate order will re-schedule the final pre-trial conference." ECF. No. 241. The Court did not, however, expressly remove the case from the October trial docket.

On September 13, 2023, by e-mail to Magistrate Judge Porcelli's Courtroom Deputy, the Parties jointly requested a status conference with Magistrate Judge Porcelli "to see if the case is still on the October trial calendar." In response, they were told that "[t]he dispositive motions are under advisement and the trial will not be scheduled until after they are resolved. Once the dispositive motions are resolved a new pretrial conference will be scheduled." Nevertheless, as far as the undersigned were aware, the case remained on the October trial docket.

As such, the Parties, counsel, witnesses, and experts cleared their calendars for an October trial, and have been prepared to try the case since October 1, 2023. It is currently November 6, 2023, however, and the case has not yet been called for trial. Respectfully, the Parties, counsel, witnesses, and experts will be unduly burdened if they are required to continue holding their calendars open indefinitely, which may or may not be the Court's intention. All involved have other matters scheduled in November and December, including that counsel has an in-person hearing in the related case pending in the U.S. District Court for the District of Hawaii, *HH Associates, U.S., Inc. v. Ray Evans*, C.A. No. CV22-00062 JAO-KJM (the "Hawaii Case") on December 6, as well as other pretrial filing deadlines in November and December and a jury trial that is currently scheduled to commence on January 16, 2024 (although a joint request has been filed in that case to continue the trial until after Plaintiff's pending motion for summary judgment as to liability, and three pending *Daubert*

2

motions, are resolved there), not to mention holiday travel and other family, personal, and professional commitments.

Accordingly, the Parties respectfully request that the Court remove the case from the trial docket pending disposition of the pending Motions for Summary Judgment, and thereafter schedule a conference to discuss a trial date certain and final pre-trial conference. The duration and scope of the trial may be reduced as a result of the Court's decision on the pending Motions for Summary Judgment.

Dated: November 6, 2023

/s/ Peter A. Steinmeyer
Peter A. Steinmeyer, Esq. *(pro hac vice)*
A. Millie Warner, Esq. *(pro hac vice)*
**EPSTEIN BECKER & GREEN, P.C.**
227 W. Monroe Street, Suite 3250
Chicago, Illinois 60606
Phone: 312.499.1400
psteinmeyer@ebglaw.com
mwarner@ebglaw.com

Robert Hearn (No. 0067687)
**EPSTEIN BECKER & GREEN, P.C.**
1 Beach Drive SE, Suite 303
St. Petersburg, FL 33701
Phone: 727.346.3767
rhearn@ebglaw.com

Erik W. Weibust, Esq. *(pro hac vice)*
**EPSTEIN BECKER &GREEN, P.C.**
125 High Street, Suite 2114
Boston, Massachusetts 02110
Phone: 617.603.1090
eweibust@ebglaw.com

*Counsel for Plaintiff InnerWorkings, Inc.*

/s/ Eric Christu
Eric C. Christu, Esq.
Florida Bar No. 434647
**SHUTTS & BOWEN LLP**
525 Okeechobee Blvd., Suite 1100
West Palm Beach, FL 33401
echristu@shutts.com

Louis Levenson
(Admitted Pro Hac Vice)
**LEVENSON & ASSOCIATES**
125 Broad Street SW
Atlanta, GA 30303
louis@levensonlaw.com

*Counsel for Defendant Smart Source, LLC*

/s/ Jennifer W. Corinis
Jennifer W. Corinis
Florida Bar No. 49095
**GREENBERG TRAURIG**
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
corinisj@gtlaw.com

*Counsel for Defendant Sara Horn*

3