UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| INNERWORKINGS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 8:21-cv-00903-SDM-AEP ) |
| SARA HORN and SMART SOURCE, LLC, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 3.01(i), Plaintiff InnerWorkings, Inc. ("InnerWorkings") hereby submits this Notice of Supplemental Authority.

**Authority:** Order Granting in Part and Denying in Part Plaintiff's Motion for Summary Judgment as to Liability (ECF No. 27) and Granting in Part and Denying in Part Plaintiff's Motion to Strike and For Sanctions (ECF No. 75) filed in the United States District Court for the District of Hawaii, Case No. 22-cv-62, on January 11, 2024 as ECF No. 83. [1]

**To Supplement:**

1. Plaintiff's Motion for Summary Judgment as to Liability (ECF No. 191), page 46, section 5, paragraph 1, sentence 1.

---

[1] A motion to reconsider this order is pending. *See HH Global Associates, U.S., Inc. v.* Evans, Case No. 22-cv-62 (D. Haw.).

    a. Quotation: Page 22: "IW's motion as to summary judgment on Count I is therefore GRANTED IN PART, as the Court finds that there is no genuine dispute of material fact on the issue of whether Evans breached his fiduciary duty by soliciting IW customers."

2. Plaintiff's Motion to Strike and Incorporated Memorandum of Law (ECF No. 202), page 5, section c, paragraph 2, sentence 1.

    a. Quotation: Page 16: "The Court concludes the Declarations contain a false assertion of fact."

Dated: February 14, 2024

PLAINTIFF INNERWORKINGS, INC.

*/s/ Peter A. Steinmeyer*
Peter A. Steinmeyer, Esq. *(pro hac vice)*
A. Millie Warner, Esq. *(pro hac vice)*
Carolyn O. Boucek, Esq. *(pro hac vice)*
EPSTEIN BECKER & GREEN, P.C.
227 W. Monroe Street, Suite 3250
Chicago, Illinois 60606
Phone: 312.499.1400
psteinmeyer@ebglaw.com
mwarner@ebglaw.com
cboucek@ebglaw.com

*Counsel for Plaintiff InnerWorkings, Inc.*

cc: All counsel of record via ECF