UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INNERWORKINGS, INC.,

    Plaintiff,

v.                                CASE NO. 8:21-cv-903-SDM-AEP

SARA HORN and
SMART SOURCE, LLC,

    Defendants.
_____/

**ORDER**

After an exhaustive (and exhausting) review of the plaintiff's motion (Doc. 191) for summary judgment, the defendants' response (Doc. 199), and the plaintiff's reply (Doc. 206), the motion (Doc. 191) is **DENIED**. After a similar review of the defendants' motion (Doc. 192) for summary judgment, the plaintiff's response (Doc. 201), and the defendants' reply (Doc. 208), the motion (Doc. 192) is **DENIED**.

ORDERED in Tampa, Florida, on March 29, 2024.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE