# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| INNERWORKINGS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 8:21-cv-00903-SDM-AEP |
| | ) |
| SARA HORN and SMART SOURCE, LLC, | ) |
| | ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS PER COURT'S MARCH 29, 2024 ORDER

Pursuant to the Court's March 29, 2024 Order on Motions *In Limine* (ECF No. 283), Plaintiff InnerWorkings, Inc. ("InnerWorkings") hereby moves, *unopposed*, for leave to take pre-trial depositions of Janelle Oudenhoven, Emily Pfabe, Dave Chlebek, Mike Mikyska, and Smart Source, LLC ("Smart Source") customers Linda Wright, Dino Corpuz, David Pollock, Annette Distiso, Jocelyn Apo, and Raquel Cabanting. As grounds for this request, InnerWorkings states that none of these witnesses is subject to the Court's trial subpoena power and their testimony must be preserved for trial. Ms. Oudenhoven's and Ms. Pfabe's depositions will be limited to the issue of authentication of Sara Horn's IW agreements. Ms. Horn and Smart Source ("Defendants") do not oppose to the requested relief and consent to the depositions of the identified individuals so long

as Defendants are equally afforded the right and opportunity to cross-notice any such depositions.

WHEREFORE, InnerWorkings respectfully requests that the Court grant it leave to take pre-trial depositions of Janelle Oudenhoven, Emily Pfabe, Dave Chlebek, Mke Mikyska, and Smart Source customers Linda Wright, Dino Corpuz, David Pollock, Annette Distiso, Jocelyn Apo, and Raquel Cabanting, with right for Defendants to cross-notice such depositions.

## LOCAL RULE 3.01(G) CERTIFICATION

The undersigned counsel certifies that counsel for the parties met telephonically regarding this Motion on the 9th day of April 2024. Defendants do not oppose the Motion so long as Defendants are equally afforded the right and opportunity to cross-notice any such depositions, which InnerWorkings does not oppose.

Dated: April 19, 2024          PLAINTIFF INNERWORKINGS, INC.

/s/ Peter A. Steinmeyer
Peter A. Steinmeyer, Esq. *(pro hac vice)*
A. Millie Warner, Esq. *(pro hac vice)*
Carolyn O. Boucek, Esq. *(pro hac vice)*
EPSTEIN BECKER & GREEN, P.C.
227 W. Monroe Street, Suite 3250
Chicago, Illinois 60606
Phone: 312.499.1400
psteinmeyer@ebglaw.com
mwarner@ebglaw.com
cboucek@ebglaw.com

Robert Hearn (No. 0067687)
EPSTEIN BECKER & GREEN, P.C.
1 Beach Drive SE, Suite 303
St. Petersburg, FL 33701
Phone: 727.346.3767
rhearn@ebglaw.com

Erik W. Weibust, Esq. *(pro hac vice)*
EPSTEIN BECKER &GREEN, P.C.
125 High Street, Suite 2114
Boston, Massachusetts 02110
Phone: 617.603.1090
eweibust@ebglaw.com

*Counsel for Plaintiff InnerWorkings, Inc.*