# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | | |
|---|---|---|
| INNERWORKINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-CV-00903 |
| | ) | |
| v. | ) | |
| | ) | |
| SARA HORN and SMART SOURCE, LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED ORDER OF DISMISSAL

The parties hereby stipulate to the dismissal of this case with prejudice and without an award of attorneys' fees or costs to any party pursuant to FRCP 41(a)(1)(A)(ii).

Dated: October 7, 2024

*/s/ Peter A. Steinmeyer*

Peter A. Steinmeyer *(pro hac vice)*
A. Millie Warner *(pro hac vice)*
**EPSTEIN BECKER & GREEN, P.C.**
227 W. Monroe Street, Suite 3250
Chicago, Illinois 60606
Phone:  312.499.1400
psteinmeyer@ebglaw.com
mwarner@ebglaw.com

*/s/ Adam Wolek*

Adam Wolek
Florida Bar No. 1033265
**FOX ROTHSCHILD LLP**
777 S Flagler Drive, Ste 1700
West Palm Beach, FL 33401
awolek@foxrothschild.com

Eric C. Christu

FIRM:65896642v1

| | |
|---|---|
| Robert Hearn (No. 0067687)<br>**EPSTEIN BECKER & GREEN, P.C.**<br>1 Beach Drive SE, Suite 303<br>St. Petersburg, FL 33701<br>Phone: 727.346.3767<br>rhearn@ebglaw.com<br><br>Erik W. Weibust, Esq. *(pro hac vice)*<br>**EPSTEIN BECKER &GREEN, P.C.**<br>125 High Street, Suite 2114<br>Boston, Massachusetts 02110<br>Phone: 617.603.1090<br>eweibust@ebglaw.com<br><br>*Counsel for Plaintiff InnerWorkings, Inc.* | Florida Bar No. 434647<br>**SHUTTS & BOWEN LLP**<br>525 Okeechobee Blvd., Suite 1100<br>West Palm Beach, FL 33401<br>echristu@shutts.com<br><br>*Counsel for Defendant Smart Source, LLC*<br><br>/s/ *Jennifer W. Corinis*<br>Jennifer W. Corinis<br>Florida Bar No. 49095<br>Oberheiden, P.C.<br>610 E. Zack St., Suite 110-4079<br>Tampa, FL 33602<br>813-758-3825<br>jennifer@federal-lawyer.com<br><br>*Counsel for Defendant Sara Horn* |

FIRM:65896642v1